**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Paul Leonard HODGE, a.k.a. Bubba,
Defendant-Appellant.**

**No. 17-12168
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(January 19, 2018)

Peter Decklin Leary, U.S. Attorney Service—Middle District of Georgia, U.S. Attorney's Office, Macon, GA, for Plaintiff-Appellee

Markus F. Boenig, Palmore Boenig & Associates, PC, Athens, GA, for Defendant-Appellant

Before MARCUS, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *United States v. Bushert*, 997 F.2d 1343, 1350 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Weaver*, 275 F.3d 1320, 1333 (11th Cir. 2001) (enforcing a sentence appeal waiver where the defendant agreed that she understood the waiver provision and entered into it freely and voluntarily); *United States v. Cesal*, 391 F.3d 1172, 1182 (11th Cir. 2004) (enforcing a sentence appeal waiver where the district court read the waiver exceptions and the defendant stated that he had read the plea agreement and understood it), *vacated and remanded on other grounds*, 545 U.S. 1101, 125 S.Ct. 2553, 162 L.Ed.2d 272 (2005), *reinstated*, No. 03-15090, 2004 WL 2663906, manuscript op. at 3 (11th Cir. July 13, 2005).